UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH VOLFMAN,

                Plaintiff,

         v.

MEATH TRAILS, INC. *d/b/a* THE GRAY MARE and 61 MEATH REALTY CORP.,

                Defendants.

No. 24-CV-6614 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On January 22, 2025, Plaintiff filed proof of service with the Court, asserting that Defendants were served on October 21, 2024. Defendants, however, have not appeared and the parties have not complied with the Court's September 4, 2024 Order, requiring them to file a joint letter with the Court within 45 days of service of the summons and Complaint. *See* ECF No. 7. It is hereby:

ORDERED that Defendants shall answer or otherwise respond to the Complaint no later than February 12, 2025.

IT IS FURTHER ORDERED that, if Defendants do not answer or otherwise respond and Plaintiff wishes to seek default judgment, Plaintiff shall move for default judgment, in accordance with Federal Rule of Civil Procedure 55 and Local Civil Rule 55.2, as well as Rule 4(F) of this Court's Individual Rules & Practices in Civil Cases, no later than February 26, 2025.

IT IS FURTHER ORDERED that Plaintiff shall serve Defendants with a copy of this Order and file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:     January 29, 2025
             New York, New York

                                                          Ronnie Abrams
                                                            United States District Judge