

April 24, 2025

Hon. Judge Ronnie Abrams
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **VOLFMAN v. MEATH TRAILS, INC., et al.**
      **DOCKET NO. 1:24-cv-6614**

Dear Judge Abrams:

    The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write to advise the Court that the parties have reached a settlement in principle and are in the process of finalizing the terms. We anticipate that a Stipulation of Dismissal with Prejudice will be filed within sixty (60) days, and likely sooner. Accordingly, the undersigned respectfully requests that the Court stay all deadlines, and grant the parties sixty (60) days to finalize settlement and file dismissal papers.

    Thank you for your time and consideration on this matter.

                                                                      Respectfully,

                                                                       Gabriel A. Levy